IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE ARI, | No. C 10-0060 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS; DENYING APPOINTMENT OF COUNSEL** |
| vs. | |
| MARY LATTIMORE, Warden, | |
| Respondent. / | (Docket Nos. 2 & 3) |

Ths is a habeas case filed by a California prisoner proceeding pro se under to 28 U.S.C. 2254. She has also applied for leave to proceed in forma pauperis and requested appointment of counsel.

In her petition, petitioner states that at the time she filed the instant federal habeas petition, she had a petition for a writ of habeas corpus pending in the California Supreme Court (*see* Form Petition at 6, § 17). The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court. *See* 28 U.S.C. 2254(b)-(c); *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). If a post-conviction challenge to a criminal conviction is pending in state court, a potential federal habeas petitioner must await the outcome of that challenge before his state remedies are considered exhausted. *Ibid.* This rule applies irrespective of whether the issue raised in the pending state petition is included in the federal petition, for the reason that a pending state court challenge may result in a reversal of the petitioner's conviction, thereby mooting the federal

petition. *Ibid.* (citations omitted).

As petitioner has a habeas petition proceeding pending in the California Supreme Court, the instant petition for a writ of habeas corpus is **DISMISSED** without prejudice to petitioner's refiling her claims after all state court post-conviction challenges to petitioner's conviction have been completed and all claims petitioner wishes to raise in federal court have been exhausted in accordance with 28 U.S.C. 2254(b)-(c).

Due to petitioner's lack of funds, the application to proceed in forma pauperis (docket number 2) is **GRANTED**. The request for appointment of counsel (docket number 3) is **DENIED** in light of the dismissal of this matter.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\ARI0060.DSM.wpd

2